IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WILLIE BRINKLEY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:04cv184-MHT |
| | ) | |
| DIALYSIS CLINIC, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On 19 April 2006, the Magistrate Judge filed a Recommendation (Doc. #103) in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED as follows:

1. That the Recommendation be and is hereby adopted; and

2. That plaintiff Willie Brinkley's Motion to Strike Jury Venire (Doc. #80) is summarily DENIED with prejudice.

Done this the 17th day of May, 2006.

　　　　　　　　　　　　　　　　　 /s/   Myron H. Thompson
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE